

**FILED**

JAN 2 7 2012

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, BUTTE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| HEATHER ERIN WYLIE,<br><br>                Petitioner,<br><br>vs.<br><br>WARDEN JO ACTON; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>                Respondents. | No. CV 11-67-BU-SEH<br><br>**ORDER** |

On December 28, 2011, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Petitioner did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986).

---

[1] Docket No. 6.

However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. The Petition for Writ of Habeas Corpus[2] is DISMISSED WITHOUT PREJUDICE for failing to exhaust all state remedies.

2. The Clerk of Court is directed to enter a judgment in favor of Respondents and against Petitioner.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith as all state remedies have not been exhausted.

DATED this 27th day of January, 2012.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.